*E-Filed 4/8/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON LEE MEYERS, | No. C 12-6266 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF ALAMEDA, et al., | |
| Defendants. | |

Pursuant to plaintiff's motion for voluntary dismissal (Docket No. 6), this federal civil rights action is dismissed. *See* Fed. R. Civ. P. 41(a)(1) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987) (Rule 41(a)(1)(I) does not require leave of court to dismiss the action). The dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: April 8, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-6266 RS (PR)
ORDER OF DISMISSAL